# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | Case No.: 2:21-cv-01893-APG-EJY |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| PPAS-LV, LLC; RONALD R. BENNETT, JR.; and PENNY M. RAMOS-BENNETT, | |
| Defendants | |

In light of Plaintiff Philadelphia Indemnity Insurance Company's response to the order to show cause (ECF No. 10),

I ORDER that the order to show cause (ECF No. 7) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction at this time.

DATED this 15th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE